MORGAN, LEWIS & BOCKIUS LLP
Amy M Spicer, State Bar No. 188399
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
e-mail: aspicer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JOSEPH DUFFY, State Bar Number 241854
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:    213.612.2500
Fax:    213.612.2501
Email:   jduffy@morganlewis.com

Attorneys for Defendants

JPMORGAN CHASE & CO., CHASE MANHATTAN MORTGAGE CORPORATION, CHASE HOME FINANCE, LLC, and JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CLARK, fka BARBARA HOPKINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey Corporation; CHASE HOME FINANCE, LLC, a New Jersey limited liability company; JPMORGAN CHASE BANK, N.A., a national banking association and Does 1-10 Inclusive,<br><br>　　　　　Defendants. | Case No. 14-cv-00419 VC<br><br>**STIPULATION TO EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>AND ORDER |

1  Plaintiff Barbara Clark, fka Barbara Hopkins, ("Plaintiff") and Defendants JPMorgan
2  Chase & Co., Chase Manhattan Mortgage Corporation, Chase Home Finance, LLC, and
3  JPMorgan Chase Bank N.A. (collectively "Defendants"), by and through their attorneys of
4  record, hereby stipulate that the time for Defendants to respond to Plaintiff's Amended Complaint
5  (Docket No. 10) is extended through and including June 12, 2014.

6
7  Date: May 14, 2014                    LAW OFFICE OF MICHELE M. POTERACKE
8
9                                         By: /s/ Michele Poteracke
10                                             Michele M. Poteracke
11                                         Attorney for Plaintiff
                                           Barbara Clark, fka Barbara Hopkins
12
13  Date: May 14, 2014                    MORGAN, LEWIS & BOCKIUS LLP
14
15                                         By: /s/ Amy Spicer
16                                             Amy M. Spicer
17                                         Attorneys for Defendants
18                                         JPMORGAN CHASE & CO., CHASE
                                           MANHATTAN MORTGAGE
19                                         CORPORATION, CHASE HOME FINANCE,
                                           LLC, and JPMORGAN CHASE BANK, N.A.
20
21
22
23  Date: May 15, 2014

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Vince Chhabria]

STIP TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
Case No. 14-cv-00419 VC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25084032.1