| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
|   | Amy M Spicer, State Bar No. 188399 |
| 2 | One Market, Spear Street Tower |
|   | San Francisco, CA  94105-1126 |
| 3 | Tel:     415.442.1000 |
|   | Fax:    415.442.1001 |
| 4 | e-mail:  aspicer@morganlewis.com |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
|   | JOSEPH  DUFFY, State Bar Number 241854 |
| 6 | 300 South Grand Avenue |
|   | Twenty-Second Floor |
| 7 | Los Angeles, CA 90071-3132 |
|   | Tel:     213.612.2500 |
| 8 | Fax:    213.612.2501 |
|   | Email:     jduffy@morganlewis.com |
| 9 | |
|   | Attorneys for Defendants |
| 10 | |
|    | JPMORGAN CHASE & CO., CHASE MANHATTAN |
| 11 | MORTGAGE CORPORATION, CHASE HOME |
|    | FINANCE, LLC, and JPMORGAN CHASE BANK, |
| 12 | N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CLARK, fka BARBARA HOPKINS | Case No. 14-cv-00419 VC |
| Plaintiff, | **JOINT REQUEST TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND TO CONTINUE RELATED BRIEFING SCHEDULE AND [PROPOSED] ORDER** |
| vs. | |
| JPMORGAN CHASE & CO., a Delaware Corporation; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey Corporation; CHASE HOME FINANCE, LLC, a New Jersey limited liability company; JPMORGAN CHASE BANK, N.A., a national banking association and Does 1-10 Inclusive, | |
| Defendants. | |

1  Plaintiff Barbara Clark, fka Barbara Hopkins ("Plaintiff") and Defendants JPMorgan Chase & Co., Chase Manhattan Mortgage Corporation, Chase Home Finance, LLC, and JPMorgan Chase Bank N.A. (collectively "Defendants", and together with Plaintiff the "Parties"), by and through their attorneys of record, hereby jointly request that the Court continue the hearing on Defendants' Motion to Dismiss (Docket No. 21) currently set on this Court's calendar on July 24, 2014 to July 31, 2014 at 10:00 a.m.  The Parties additionally request that the Court approve the following briefing schedule for the remaining briefing related to that Motion:

- Plaintiff's opposition to Defendants' Motion to Dismiss shall be due on or before July 17, 2014;
- Defendants' reply to the Motion to Dismiss shall be due on or before July 24, 2014.

The Parties request a continuance of the hearing and briefing schedule to allow them an opportunity to explore settlement possibilities and to accommodate a conflict in Plaintiff's counsel's schedule on the currently scheduled hearing date.

This is the Parties' first request to continue the motion to dismiss hearing and related briefing schedule.  The Parties previously stipulated to extend the time for Defendants to respond to Plaintiff's First Amended Complaint by thirty days.

This request will not impact any other deadlines set in the case.

//
//
//
//
//
//
//
//
//
//

JOINT REQUEST TO CONTINUE
HEARING AND BRIEFING SCHEDULE
CASE NO. 14-CV-00419 VC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DB2/ 25165185.1

| | | |
|---|---|---|
| 1 | Date: June 20, 2014 | LAW OFFICE OF MICHELE M. POTERACKE |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Michele Poteracke |
| | | Michele M. Poteracke |
| 5 | | |
| | | Attorney for Plaintiff |
| 6 | | Barbara Clark, fka Barbara Hopkins |
| 7 | | |
| | Date: June 20, 2014 | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | | |
| 9 | | |
| | | By:   /s/ Amy M. Spicer |
| 10 | | Amy M. Spicer |
| | | Attorneys for Defendants |
| 11 | | JPMORGAN CHASE & CO., CHASE MANHATTAN MORTGAGE |
| 12 | | CORPORATION, CHASE HOME FINANCE, |
| 13 | | LLC, and JPMORGAN CHASE BANK, N.A. |

### [~~PROPOSED~~] ORDER

**Pursuant to Stipulation, IT IS SO ORDERED.**

Date: June 25, 2014

_____
Judge Vince Chhabria

DB2/ 25165185.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO