1    MORGAN, LEWIS & BOCKIUS LLP
     Amy M Spicer, State Bar No. 188399
2    One Market, Spear Street Tower
     San Francisco, CA  94105-1126
3    Tel:     415.442.1000
     Fax:     415.442.1001
4    e-mail:  aspicer@morganlewis.com

5    MORGAN, LEWIS & BOCKIUS LLP
     JOSEPH  DUFFY, State Bar Number 241854
6    300 South Grand Avenue
     Twenty-Second Floor
7    Los Angeles, CA 90071-3132
     Tel:     213.612.2500
8    Fax:     213.612.2501
     Email:    jduffy@morganlewis.com
9
     Attorneys for Defendants
10
     JPMORGAN CHASE & CO., CHASE MANHATTAN
11   MORTGAGE CORPORATION, CHASE HOME
     FINANCE, LLC, and JPMORGAN CHASE BANK,
12   N.A.

13

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17   BARBARA CLARK, fka                    Case No. 14-cv-00419 VC
     BARBARA HOPKINS
18
                                           **JOINT REQUEST TO CONTINUE (1)**
19                     Plaintiff,          **HEARING ON DEFENDANTS'**
                                           **MOTION TO DISMISS, (2) RELATED**
20   vs.                                   **BRIEFING SCHEDULE AND (3) CASE**
                                           **MANAGEMENT CONFERENCE, AND**
21   JPMORGAN CHASE & CO., a Delaware      ~~**[PROPOSED]**~~ **ORDER** AS MODIFIED
     Corporation; CHASE MANHATTAN
22   MORTGAGE CORPORATION, a New Jersey
     Corporation; CHASE HOME FINANCE, LLC,
23   a New Jersey limited liability company;
     JPMORGAN CHASE BANK, N.A., a national
24   banking association and Does 1-10 Inclusive,

25                     Defendants.

26

27

28

     DB2/ 25225852.1

1    Plaintiff Barbara Clark, fka Barbara Hopkins, ("Plaintiff") and Defendants JPMorgan

2  Chase & Co., Chase Manhattan Mortgage Corporation, Chase Home Finance, LLC, and

3  JPMorgan Chase Bank N.A. (collectively "Defendants", and together with Plaintiff the "Parties"),

4  by and through their attorneys of record, hereby jointly request that the Court continue the

5  hearing on Defendants' Motion to Dismiss (Docket No. 21) and the Case Management

6  Conference both currently set on this Court's calendar for hearing on July 31, 2014 to August 28,

7  2014 at 10:00 a.m.  The Parties will file a Joint Case Management Statement on or before August

8  21, 2014.  The Parties additionally request that the Court approve the following briefing schedule

9  for the remaining briefing related to that Motion:

10    •    Plaintiff's opposition to Defendants' Motion to Dismiss shall be due on or before

11  August 7, 2014;

12    •    Defendants' reply to the Motion to Dismiss shall be due on or before August 21,

13  2014.

14    The Parties request a continuance of the hearing, Motion to Dismiss briefing schedule, and

15  the Case Management Conference to allow them an opportunity to explore settlement

16  possibilities.

17    This is the Parties' second request to continue the motion to dismiss hearing and related

18  briefing schedule and the first request to continue the Case Management Conference.  The Parties

19  previously stipulated to extend the time for Defendants to respond to Plaintiff's First Amended

20  Complaint by thirty days.

21    This request will impact the Case Management Conference, which the Court set to

22  coincide with the Motion to Dismiss hearing.  It will not impact any other deadlines set in the

23  case.

24  //

25  //

26  //

27  //

28  //

JOINT REQUEST TO CONT. HEARING,
BRIEFING SCHEDULE, AND CMC
Case No. 14-cv-00419 VC

Date: July ⟨17⟩, 2014

LAW OFFICE OF MICHELE M. POTERACKE

By: _/s/ Michele Poteracke_____

Michele M. Poteracke

Attorney for Plaintiff
Barbara Clark, fka Barbara Hopkins

Date: July 16, 2014

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/ Amy M. Spicer_____

Amy M. Spicer

Attorneys for Defendants

JPMORGAN CHASE & CO., CHASE MANHATTAN MORTGAGE CORPORATION, CHASE HOME FINANCE, LLC, and JPMORGAN CHASE BANK, N.A.

[~~PROPOSED~~] ORDER AS MODIFIED

The Court does not contemplate granting any further requests for a continuance.

**Pursuant to Stipulation, IT IS SO ORDERED.**

Date: July 18, 2014

_____

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

JOINT REQUEST TO CONT HEARING, BRIEFING SCHEDULE AND CMC
Case No. 14-cv-00419 VC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25225852.1

**PROOF OF SERVICE**
*Clark v. JPMorgan Chase & Co., et al*
USDC-Northern Div.; Case No. 3:14-cv-00419-VC

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **July 17, 2014,** the within document(s) were filed via Electronic Case Filing ("ECF") with the United States District Court – Northern Division and served through the United States District Court – Northern Division Electronic Case Filing.

**JOINT REQUEST TO CONTINUE (1) HEARING ON DEFENDANTS' MOTION TO DISMISS, (2) RELATED BRIEFING SCHEDULE AND (3) CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER**

| Addressee | Represent | Service |
|---|---|---|
| Michele M. Poteracke **Law Office of Michele M. Poteracke** 850 3rd Street Santa Rosa, CA 95404 Tel: 707.571.1109 Fax: 707.540.6287 email: mmp@poterackelaw.com | *Plaintiff,* Barbara Clark | USND-ECF |

| | |
|---|---|
| ☐ | by transmitting **via facsimile** the document(s) listed above to the fax number(s) set forth below on this date. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for delivery. |
| ☐ | by transmitting via **E-Mailing** the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☒ | served through the United States District Court – Northern Division Electronic Case Filing (ECF). |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **July 17, 2014,** at San Francisco, California.

I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct.

_____
Linda Buda

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PROOF OF SERVICE
3:14-CV-00419-VC

DB2/ 25151054.2