1  MORGAN, LEWIS & BOCKIUS LLP
   Amy M Spicer, State Bar No. 188399
2  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
3  Tel:    415.442.1000
   Fax:   415.442.1001
4  e-mail: aspicer@morganlewis.com

5  MORGAN, LEWIS & BOCKIUS LLP
   JOSEPH  DUFFY, State Bar No. 241854
6  300 South Grand Avenue
   Twenty-Second Floor
7  Los Angeles, CA 90071-3132
   Tel:    213.612.2500
8  Fax:   213.612.2501
   Email: jduffy@morganlewis.com
9
   Attorneys for Defendants
10
   JPMORGAN CHASE & CO., CHASE MANHATTAN
11 MORTGAGE CORPORATION, CHASE HOME
   FINANCE, LLC, and JPMORGAN CHASE BANK,
12 N.A.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 | BARBARA CLARK, fka | Case No. 14-cv-00419 VC |
18 | BARBARA HOPKINS | |
19 | Plaintiff, | **STIPULATION TO EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S** |
20 | vs. | **SECOND AMENDED COMPLAINT, REQUEST TO CONTINUE THE CASE** |
21 | JPMORGAN CHASE & CO., a Delaware Corporation; CHASE MANHATTAN | **MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER** |
22 | MORTGAGE CORPORATION, a New Jersey Corporation; CHASE HOME FINANCE, LLC, | |
23 | a New Jersey limited liability company; JPMORGAN CHASE BANK, N.A., a national | |
24 | banking association and Does 1-10 Inclusive, | |
25 | Defendants. | |

26

27

28

                                          STIP TO EXTEND TIME TO RESPOND
                                                       AND CONT. CMC
                                            CASE NO. 14-CV-00419 VC
DB2/ 25391549.1

1  Plaintiff Barbara Clark, fka Barbara Hopkins, ("Plaintiff") and Defendants JPMorgan Chase & Co., Chase Manhattan Mortgage Corporation, Chase Home Finance, LLC, and JPMorgan Chase Bank N.A. (collectively "Defendants" and with Plaintiff, the "Parties"), hereby advise the Court that they have reached a settlement in this case and are in the process of memorializing the Parties' agreement in a written settlement agreement.

In view of the Parties' settlement, they hereby stipulate that the time for Defendants to respond to Plaintiff's Second Amended Complaint (Docket No. 30) is extended through and including December 9, 2014.

The Parties' additionally request that the Court continue the case management conference currently set on this Court's calendar on October 28, 2014 to December 9, 2014 at 10:00 a.m. The Parties will submit a case management conference statement on December 2, 2014, if the Plaintiff has not yet dismissed the case by that date.

Date: October 21, 2014      LAW OFFICE OF MICHELE M. POTERACKE

By: _____*/s/ Michele M. Poteracke*_____
               Michele M. Poteracke

Attorney for Plaintiff
Barbara Clark, fka Barbara Hopkins

Date: October 21, 2014      MORGAN, LEWIS & BOCKIUS LLP

By: _____*/s/ Amy M. Spicer*_____
               Amy M. Spicer

Attorneys for Defendants

JPMORGAN CHASE & CO., CHASE MANHATTAN MORTGAGE CORPORATION, CHASE HOME FINANCE, LLC, and JPMORGAN CHASE BANK, N.A.

STIP TO EXTEND TIME TO RESPOND
AND CONT. CMC
Case No. 14-cv-00419 VC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25391549.1

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Date: October 23, 2014

_____
Honorable Vince Chhabria
United States District Judge

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Amy M. Spicer, attest that I have obtained the concurrence of counsel for Plaintiff Barbara Clark to file this document. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of October 2014, in San Francisco, California.

*/s/ Amy M. Spicer*
Amy M. Spicer

2    STIP TO EXTEND TIME TO RESPOND
AND CONT. CMC
CASE NO. 14-CV-00419 VC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25391549.1