MICHELE M. POTERACKE, SBN 143207
LAW OFFICE OF MICHELE M. POTERACKE
850 Third Street
Santa Rosa, CA 95404
Tele. (707) 571-1109
Fax: (707) 540-6287
E-mail: mmp@poterackelaw.com

Attorney for Plaintiff
Barbara Clark, fka Barbara Hopkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA CLARK, fka BARBARA HOPKINS,<br><br>        Plaintiff,<br>vs.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation; CHASE MANHATTAN MORTGAGE CORPORATION, a New Jersey Corporation; CHASE HOME FINANCE, LLC, a New Jersey limited liability company; JPMORGAN CHASE BANK, N.A., a national banking association and Does 1 - 10 Inclusive,<br><br>        Defendants. | Case No. 14-CV-00419 VC<br><br>**NOTICE OF DISMISSAL OF 2ND AMENDED COMPLAINT** |

NOTICE IS HEREBY GIVEN that Plaintiff, BARBARA CLARK, asks the court to dismiss the Second Amended Complaint, and thereby dismiss this matter in its entirety, with prejudice.

Dated: 11/25/14                              LAW OFFICE OF MICHELE M. POTERACKE

                                             /s/ Michele Poteracke
                                        By:_____
                                             Michele M. Poteracke,
                                             Attorney for Plaintiff

3:13-cv-00419-VC; Notice of Dismissal          1